PROB 12C
(6/16)

Report Date: December 23, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael James Jordan          Case Number: 0980 2:11CR00195-EFS-1

Address of Offender:                Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 19, 2012

Original Offense: Possession with the Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Felon in Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)

Original Sentence: Prison - 150 months          Type of Supervision: Supervised Release
                  TSR - 60 months

Amended Sentence: Prison - 96 months
(11/09/2016)      TSR - 60 months

Asst. U.S. Attorney: James A. Goeke          Date Supervision Commenced: September 11, 2019

Defense Attorney: Federal Defender's Office   Date Supervision Expires: September 10, 2024

## PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition #1**: You must not commit another federal, state or local crime.

           **Supporting Evidence**: Michael Jordan violated mandatory condition number 1 by committing the crime of Second Degree Assault, in violation of RCW 9A.36.021, in Spokane, Washington, on December 21, 2019.

           According to Spokane Police report number 2019-20237559, the owner of a Dodge Dakota saw a person outside of her residence shining a flashlight inside her vehicle. She went to confront the person, later identified as Michael Jordan, at which time Mr. Jordan hit her in the face. Mr. Jordan attempted to flee the seen, but was later apprehended by Spokane police.

           On September 12, 2019, Michael Jordan signed his judgment for case number 2:11CR00195-EFS-1, indicating he understood his conditions of supervised release. Specifically, Mr. Jordan was made aware that he must obey all laws while on supervised release.

Prob12C
Re: Jordan, Michael James
December 23, 2019
Page 2

2 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

 **Supporting Evidence**: Michael Jordan violated mandatory condition number 1 by committing the crime of assault, in Spokane, Washington, on December 21, 2019.

 According to Spokane Police report number 2019-20237559, the owner of a Dodge Dakota saw a person outside her residence shining a flashlight inside her vehicle. She went to confront the person, later identified as Michael Jordan, at which time Mr. Jordan hit her in the face. Mr. Jordan attempted to flee the seen; however, the victim's son ran after him and eventually caught up to Mr. Jordan. At that time, Mr. Jordan turned toward him and pointed what he believed to be a gun at him. The item was slapped out of Mr. Jordan's hand. Mr. Jordan stated, "I'm going to fucking shoot you if you don't stop!" Mr. Jordan then continued to flee the scene.

 On September 12, 2019, Michael Jordan signed his judgment for case number 2:11CR00195-EFS-1, indicating he understood his conditions of supervised release. Specifically, Mr. Jordan was made aware that he must obey all laws while on supervised release.

3 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

 **Supporting Evidence**: Michael Jordan violated mandatory condition number 1 by being arrested for Possession of a Controlled substance, in violation of RCW 69.50.4013, in Spokane, Washington, on December 21, 2019.

 According to Spokane Police report number 2019-20237559, Mr. Jordan was arrested by the Spokane Police Department after assaulting two individuals. Mr. Jordan was searched incident to his arrest. Spokane police officers located a large amount of methamphetamine on his person. Mr. Jordan was arrested for being in possession of a controlled substance, methamphetamine.

 On September 12, 2019, Michael Jordan signed his judgment for case number 2:11CR00195-EFS-1, indicating he understood his conditions of supervised release. Specifically, Mr. Jordan was made aware that he must obey all laws while on supervised release.

4 **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

 **Supporting Evidence**: Michael Jordan violated mandatory condition number 2 by being in possession of a controlled substance, methamphetamine, in Spokane, Washington, on December 21, 2019.

 According to Spokane Police report number 2019-20237559, Mr. Jordan was arrested by the Spokane Police Department after assaulting two individuals. Mr. Jordan was searched incident to his arrest. Spokane police officers located a large amount of methamphetamine on his person. Mr. Jordan was arrested for being in possession of a controlled substance, methamphetamine.

 On September 12, 2019, Michael Jordan signed his judgment for case number 2:11CR00195-EFS-1, indicating he understood his conditions of supervised release. Specifically, Mr.

Prob12C
Re: Jordan, Michael James
December 23, 2019
Page 3

Jordan was made aware that he must not illegally possess controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/23/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/23/2019
Date