PROB 12C
(6/16)

Report Date: March 11, 2021

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 11, 2021**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Michael James Jordan, Jr. | Case Number: | 0980 2:11CR00195-EFS-1 |
| Address of Offender: | | Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 19, 2012

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c) |
| Original Sentence: | Prison - 150 months   Type of Supervision: Supervised Release
TSR - 60 months |
| Resentencing Judgment: (11/09/2016) | Prison - 96 months
TSR - 60 months |
| Asst. U.S. Attorney: | James Goeke    Date Supervision Commenced: September 11, 2019 |
| Defense Attorney: | Amy H. Rubin    Date Supervision Expires: September 10, 2022 |

## PETITIONING THE COURT

**Please Note:** The original petition was filed with the Court on December 23, 2019. The purpose of this petition is to reflect updated information and guideline provisions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Jordan violated the terms of his supervised release by being unlawfully in possession of a controlled substance, methamphetamine, in Spokane, Washington, on December 21, 2019, a direct violation of mandatory condition number 2.

On September 12, 2019, Michael Jordan signed his judgment for case number 2:11CR00195-EFS-1, indicating he understood his conditions of supervised release.  Specifically, Mr. Jordan was made aware that he must not illegally possess controlled substances.

According to Spokane Police Department (SPD) report number 2019-20237559, Mr. Jordan was arrested by the SPD on various charges. Mr. Jordan was searched incident to his arrest. |

Prob12C
**Re: Jordan, Michael James**
**March 11, 2021**
**Page 2**

        Spokane police officers located a large amount of a substance that appeared to be methamphetamine. A field test on the substance indicated the substance tested positive for methamphetamine.

2      **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

        **Supporting Evidence**: It is alleged that Mr. Jordan violated the terms of his supervised release by committing the offense of criminal mischief on or about December 21, 2019, a direct violation of mandatory condition number 1.

        On September 12, 2019, Michael Jordan signed his judgment for case number 2:11CR00195-EFS-1, indicating he understood his conditions of supervised release. Specifically, Mr. Jordan was made aware that he must obey all laws while on supervised release.

        On December 21, 2019, per SPD report number 2019-20237559, Mr. Jordan was arrested on charges of first degree assault, second degree assault, harassment, and possession of a controlled substance. SPD report number 2019-20237559 indicated the owner of a Dodge Dakota saw a person outside her residence shining a flashlight inside her vehicle. She went to confront the person, later identified as Mr. Jordan, at which time he hit her in the face. Mr. Jordan attempted to flee the scene; however, the victim's son ran after him and eventually caught up to Mr. Jordan. At that time, Mr. Jordan turned toward him and pointed, what he believed to be a gun at him. The item was slapped out of Mr. Jordan's hand. Mr. Jordan stated, "I'm going to fucking shoot you if you don't stop!" Mr. Jordan then continued to flee the scene, but was later apprehended by Spokane police and arrested on the aforementioned charges.

        Per Spokane County Superior Court judgment case number 19-1-0483432, on March 1, 2021, Mr. Jordan entered a guilty plea to an amended charge of criminal mischief in Spokane County Superior Court for the conduct that occurred on December 21, 2019. Mr. Jordan was sentenced to time served of 12 months imprisonment.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/11/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Jordan, Michael James
March 11, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  Defendant to Appear before Magistrate Judge

[X]  Other: the alleged violations contained herein supersede the alleged violations in the petition filed on 12/23/2019. The Defendant shall remain in custody pursuant to Magistrate Judge Rodgers' Order entered on 3/9/2021.

*Edward F. Shea* (signature)

Signature of Judicial Officer

March 11, 2021

Date