UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:11-CR-00195-EFS |
|---|---|
| Plaintiff, | |
| v. | Writ of Habeas Corpus Ad Prosequendum |
| MICHAEL JAMES JORDAN, | |
| Defendant. | |

TO: Sheriff, CLALLAM BAY CORRECTIONS CENTER, CLALLAM BAY, WASHINGTON, and to any United States Marshal:

GREETINGS

The Court hereby ORDERS you to deliver the body of MICHAEL JAMES JORDAN, now in your custody, to the Benton County Jail, 7122 W. Okanogan Pl., Kennewick, Washington, 99336 for an appearance before the Honorable Alexander C. Ekstrom, Magistrate Judge of the United States District Court, in the United States Courthouse, 825 Jadwin Avenue, Richland, Washington, Courtroom TBD, on July 2, 2024, at the hour of 10:00 a.m. Defendant shall be transported to Benton County Jail at least one day prior to the date of hearing listed in this writ in order that said Defendant in the above-entitled case may then and there be present for an initial appearance and arraignment at said time and place, and also at such other times as may be ordered by the said Court, and have you then and there this writ.

Writ of Habeas Corpus Ad Prosequendum - 1

The delivery of the body of said MICHAEL JAMES JORDAN to the courtroom of said United States District Court, as aforesaid, and then return to you of said Defendant to your custody shall be deemed sufficient compliance with the writ.

WITNESS the Honorable Alexander C. Ekstrom, Magistrate Judge of the United States District Court for the Eastern District of Washington.

Dated: June 24, 2024.

**Issued on**
9:53 am, Jun 24, 2024



_____
SEAN McAVOY, Clerk
United States District Court
Eastern District of Washington

Writ of Habeas Corpus Ad Prosequendum - 2