PROB 12C
(6/16)

Report Date: August 12, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael James Jordan, Jr.    Case Number: 0980 2:11CR00195-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 19, 2012

| | | |
|---|---|---|
| Original Offense: | Possession with the Intent to Distribute, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c) | |
| Original Sentence: | Prison - 150 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentencing Judgment:<br>(11/09/2016) | Prison - 96 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(04/19/2021) | Prison - 50 days<br>TSR -24 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 20, 2021 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: April 19, 2023 |

### PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged that Mr. Jordan violated the terms of his supervised release on or about July 21, 2021, by changing his living arrangements without notifying his probation officer in any manner.

Prob12C
Re: Jordan, Jr., Michael James
August 12, 2021
Page 2

On May 28, 2021, Mr. Jordan participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Jordan signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On August 4, 2021, the undersigned and another U.S. probation officer reported to Mr. Jordan's last known address, which is an Oxford House that requires the residents to remain abstinent from illicit substances and alcohol. Upon making contact at the residence, the undersigned was informed by another resident that Mr. Jordan moved out of the residence approximately 2 weeks prior, as evidenced by him removing most if not all of his belongings from the house. The undersigned requested to the resident that should Mr. Jordan return to the residence that he relay the message to contact his U.S. probation officer. Collateral contact with Mr. Jordan's Washington State Department of Correction community corrections officer (CCO) on August 4, 2021, indicates that Mr. Jordan has failed to report as instructed. On August 4, 2021, Mr. Jordan's substance abuse counselor informed the undersigned that he has failed to attend his treatment sessions and/or communicate with treatment in any manner for approximately the last 3 weeks. The undersigned has attempted to contact Mr. Jordan by sending text messages and leaving voice mails on his cellular telephone, though all have gone unreturned. Mr. Jordan appears to be evading supervision and his current whereabouts are unknown.

| | |
|---|---|
| 2 | **Special Condition # 2**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete and approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Mr. Jordan violated the terms of supervised release by failing to compete his substance abuse treatment program, as he was unsuccessfully discharged on August 11, 2021.

On May 28, 2021, Mr. Jordan participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Jordan signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On August 4, 2021, collateral contact with Mr. Jordan's substance abuse counselor at Goodheart Behavioral indicated he has failed to attend his treatment sessions without communicating for approximately the last 3 weeks. The substance abuse counselor indicated that should Mr. Jordan fail to contact Goodheart Behavioral within the next 7 days he will be unsuccessfully discharged from the treatment program. On August 11, 2021, the substance abuse counselor informed the undersigned that Mr. Jordan has continued to not attend treatments sessions nor communicate with Goodheart Behavioral, and thus he will be unsuccessfully discharged from the treatment program.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C  
**Re: Jordan, Jr., Michael James**  
**August 12, 2021**  
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/12/2021

s/Jonathan C. Bot

Jonathan C. Bot  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

August 12, 2021

Date