PROB 12C
(6/16)

Report Date: October 12, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2021

SEAN F. MCAVOY, CLERK

Name of Offender: Michael James Jordan, Jr.     Case Number: 0980 2:11CR00195-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 19, 2012

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c) |
| Original Sentence: | Prison - 150 months<br>TSR - 60 months     Type of Supervision: Supervised Release |
| Resentencing Judgment:<br>(11/09/2016) | Prison - 96 months<br>TSR - 60 months |
| Revocation Sentence:<br>(04/19/2021) | Prison - 50 days<br>TSR -24 months |
| Asst. U.S. Attorney: | Timothy J. Ohms     Date Supervision Commenced: April 20, 2021 |
| Defense Attorney: | Amy Rubin     Date Supervision Expires: April 19, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/12/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Jordan violated the terms of his supervised release by committing the offense of first degree robbery and car jacking.<br><br>On May 28, 2021, Mr. Jordan participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Jordan signed a copy of the conditions of supervision acknowledging an understanding of his conditions. |

On October 3, 2021, per Spokane Police Department (SPD) report 2021-20170604, a complainant contacted law enforcement after her Pontiac Grand Prix was stolen at gunpoint. A SPD officer arrived, and the complainant relayed information that her vehicle was previously stolen from a friend on September 27, 2021, and that she received a text message on October 3, 2021, from a different friend indicating that her car could be picked up near the intersection of Broadway and Chestnut in Spokane, Washington. As the complainant arrived at the location, she located her car and observed a male whom she recognized as Mr. Michael Jordan sitting in the passenger seat. The complainant then entered the car from the passenger side door and informed Mr. Jordan this was her vehicle and she had paperwork as proof inside the glove box. Mr. Jordan then stated, "he was sorry he had to do it this way," and pulled out a handgun from his sweatshirt and pointed it directly at the complainant's head and told her to get out of the vehicle. The complainant then exited the vehicle and Mr. Jordan drove away in the car at a high rate of speed. The complainant showed the SPD officer Mr. Jordan's Facebook profile. As of this writing, Mr. Jordan remains a fugitive after an arrest warrant issued by the Honorable Judge Shea, Senior U.S. District Judge, on August 12, 2021, for violations of supervised release.

| 4 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

**Supporting Evidence**: It is alleged that Mr. Jordan violated the terms of his supervised release by being in possession of and/or having access to a firearm on or about October 3, 2021.

On May 28, 2021, Mr. Jordan participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed. Mr. Jordan signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

On October 3, 2021, per SPD report 2021-20170604, a complainant contacted law enforcement after her Pontiac Grand Prix had been stolen at gunpoint by Mr. Jordan. The complainant stated Mr. Jordan pulled out a handgun from his sweatshirt and pointed it directly at the complainant's head. The complainant described the gun as very small semiautomatic pistol that was black and brown in color.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/12/2021

Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Jordan, Jr., Michael James**
**October 12, 2021**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

October 12, 2021

Date