PROB 12C
(6/16)

Report Date: November 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael James Jordan | Case Number: 0980 2:11CR00195-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮ Spokane, Washington 99223 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 19, 2012

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute, 21 U.S.C. § 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c) |
| Original Sentence: | Prison - 150 months<br>TSR - 60 |
| | Type of Supervision: Supervised Release |
| Resentencing Judgment:<br>(11/09/2016) | Prison - 96 months<br>TSR - 60 months |
| Revocation Sentence:<br>(04/19/2021) | Prison - 50 days<br>TSR -24 months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| | Date Supervision Commenced: April 20, 2021 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: April 19, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/12/2021 and 10/12/2021.

On June 1, 2021, a probation officer reviewed the judgment with Mr. Jordan. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Jordan violated the conditions of his supervised release by committing the offense of third degree assault on or about January 18, 2022.<br><br>On January 18, 2022, per Spokane Police Department (SPD) report 2022-20009412, SPD officers responded to a call for service to an apartment complex after it was reported that a |

Prob12C
Re: Jordan, Michael James
November 3, 2023
Page 2

female victim had been stabbed, robbed, and was lying on the ground in the parking lot. The victim was transported to Sacred Heart Hospital. The victim explained to an SPD officer that she saw Mr. Jordan and a female acquaintance in her apartment complex. The victim stated she confronted Mr. Jordan and the female as they collectively owed her $1200. She admitted that she started to yell at them both. All three were eventually standing in the doorway of her apartment. Mr. Jordan initially tried to calm her down, but ultimately punched her in the face, knocking her to the ground. He then entered her apartment and attempted to take her television. Mr. Jordan exited the apartment through a window. Not wanting Mr. Jordan to escape, the victim attempted to confront him. She was met by Mr. Jordan's female acquaintance who then attacked her, and a physical fight ensued. Mr. Jordan subsequently plunged a knife into the upper left portion of the victim's stomach.

Mr. Jordan and his acquaintance subsequently departed the apartment complex and probable cause existed to arrest Mr. Jordan for first degree robbery, first degree burglary, and first degree assault. SPD officers were unable to locate Mr. Jordan and noted he was a fugitive after an arrest warrant was previously issued by the Honorable Judge Shea, Senior U.S. District Judge, on August 12, 2021, for violations of supervised release.

On May 4, 2023, in Superior Court of Spokane County, Mr. Jordan entered a guilty plea to third degree assault and was subsequently sentenced to 27.75 months imprisonment and 27.75 months of community custody to be supervised by the Washington State Department of Corrections.

6  **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Jordan violated the conditions of his supervised release as he left the federal judicial district where he is supervised on or about November 10, 2022, without permission of the Court or his probation officer.

On November 10, 2022, Mr. Jordan was located in the District of Oregon, and arrested by Portland Police Department officers for the arrest warrant previously issued by the Honorable Judge Shea, Senior U.S. District Judge, on August 12, 2021, for violations of supervised release. Mr. Jordan did not have permission from the Court or the probation office to leave the Eastern District of Washington, where he was authorized to reside.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 3, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Jordan, Michael James
November 3, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

November 9, 2023
Date